# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

**TO:** **ALL ASSISTANT STORE MANAGERS EMPLOYED BY SMITH'S FOOD & DRUG CENTERS, INC. D/B/A SMITH'S BETWEEN FEBRUARY 28, 2019 AND JUNE 20, 2023**

## PLEASE READ THIS NOTICE – A LAWSUIT MAY AFFECT YOUR RIGHTS

A former Assistant Store Manager (the "Plaintiff") has brought a collective action lawsuit against The Kroger Co. and Smith's Food & Drug Centers, Inc. ("Smith's"), claiming that they misclassified him and other Assistant Store Managers ("ASMs") as "exempt" employees and failed to pay them overtime for working more than 40 hours a week as required by the Fair Labor Standards Act ("FLSA"). Kroger/Smith's denies the Plaintiff's allegations and maintains that all ASMs have been properly classified as exempt employees under the FLSA.

The Parties have reached a settlement and have agreed to distribution of this Notice to all individuals who worked as ASMs for Kroger/Smith's at stores bannered "Smith's" at any time between February 28, 2019 and June 20, 2023 in Utah, Nevada, New Mexico, Arizona, Montana, Idaho, and Wyoming.

Your legal rights may be affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you choose to be included in this collective action, you will participate in the settlement. The amount you will receive will depend on a number of factors, including the length of your employment as an ASM during the above time period. You give up any rights to sue Kroger/Smith's on your own for the same claims in this lawsuit and will be bound by the settlement in this lawsuit.<br><br>**If you wish to be included, you must complete and return the "Consent to Join" form included with this Notice by no later than \_\_\_\_ [30 days from mailing of notice].** |
| **DO NOTHING** | By doing nothing, you will not be included in this lawsuit.  This means that you give up the possibility of getting a monetary recovery or benefits that may come from a settlement.<br><br>You keep any right to sue Kroger/Smith's separately about the same legal claims in this lawsuit.  You should be aware that your time to bring FLSA claims is limited by a two- or three-year statute of limitations. |

| 1. | Why did I get this notice? |
|---|---|

You are receiving this notice because Smith's' records show that you were employed as an ASM for at least one week between February 28, 2019 and June 20, 2023.  The Parties agreed to send this notice to you and other ASMs to inform you of the case and your right to join it and participate in the settlement.  Should you choose to join the lawsuit and participate in the settlement you will receive a separate notice in approximately March 2025 which will include a check for your share of the settlement amount.  The amount you are eligible to receive will be based on several factors, including the length of your employment as an ASM during the applicable time period.  Your share will be determined by a third-party (called a settlement administrator) in approximately March 2025.

| 2. | What is this lawsuit about? |
|---|---|

The lawsuit alleges that Kroger/Smith's improperly classified ASMs as "exempt" employees and failed to pay them overtime for hours worked over 40 in a workweek.  The Plaintiff alleges that ASMs should be classified as "non-exempt" employees and paid overtime compensation under the FLSA.  Kroger/Smith's asserts that all ASMs have been properly classified as exempt employees, and that they have paid all ASMs appropriately and lawfully.  The Parties have reached a settlement of this action.  This lawsuit is known as *Lovendahl, et al. v. The Kroger Company and Smith's Food & Drug Centers, Inc. d/b/a Smith's Food & Drug* and is proceeding in the United States District Court for the Southern District of Ohio, Case No. 1:21-cv-00350-MRB.

| 3. | What is a collective action and who is involved? |
|---|---|

In a collective action, one or more individuals can bring a lawsuit on behalf of others who are "similarly situated" to them.  If you complete and return the enclosed Consent to Join form, you will join the case and become part of the "collective."  One court will resolve the issues for the entire collective.  The Parties agreed that this case should proceed as a collective action under Section 216(b) of the FLSA for the purpose of sending you this Notice and giving you a chance to join it and participate in the settlement.

| 4. | How do I ask to be included in the Collective? |
|---|---|

Enclosed is a "Consent to Join" form.  **If you choose to join this lawsuit and participate in the settlement, you must read, sign, and promptly return the Consent to Join form by ____ [30 days from mailing of notice].**  You can fax it to the below number or email it to the below email address.  You can also mail it back in the enclosed postage-paid envelope or another envelope, so that it is received by ____ [30 days from mailing of notice].  Should the enclosed envelope be lost or misplaced, the Consent to Join Form must be sent to:

**[SETTLEMENT ADMINISTRATOR'S MAILING ADDRESS]**
**[FAX]**
**[EMAIL ADDRESS]**
**[PHONE NUMBER]**

**The Consent to Join form must be received by** ____ [30 days from mailing of notice].

If you lose or misplace the enclosed Consent to Join form, please contact [settlement administrator] at [telephone number].  If you have questions, you may contact any of Plaintiffs' lawyers listed below.

| **5.** | **Will my participation affect my employment?** |
|---|---|

No.  Federal law prohibits an employer from firing or in any way retaliating against you because you have joined this lawsuit and are participating in the settlement.

| **6.** | **Do I have a lawyer in this case and how will the lawyers get paid?** |
|---|---|

If you choose to join this lawsuit, you will be represented by the attorneys who represent the Plaintiffs, Conway Legal, LLC, and Meizlish & Grayson.  The Parties have agreed to a separate payment to Plaintiffs' Counsel (identified below) by Kroger/Smith's for attorneys' fees and reimbursement of reasonable out-of-pocket expenses. You will ***not*** pay any attorney's fees, costs or expenses out of your individual settlement award.  Further information about Plaintiffs' counsel is available at www.conwaylegalpa.com and www.meizgray.com.  Their contact information is listed in below.

| **7.** | **How can I get more information?** |
|---|---|

If you have any questions, you may write, e-mail or call counsel for the Plaintiffs:

**CONWAY LEGAL, LLC**
Jason Conway
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Phone: (215) 278-4782
Facsimile: (215) 278-4807
E-mail: info@conwaylegalpa.com

**MEIZLISH & GRAYSON**
Bruce Meizlish
119 E. Court Street, Suite 409
Cincinnati, Ohio 45202
Phone: (513) 345-4700
Facsimile: (513) 345-4703
E-mail: brucelaw@fuse.net

**PLEASE DO NOT CONTACT THE COURT WITH QUESTIONS ABOUT THIS NOTICE.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ISAIAH LOVENDAHL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>    v.<br><br>THE KROGER COMPANY; and SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S FOOD & DRUG,<br><br>Defendants. | Case No. 1:21-cv-00350-MRB |

**<u>CONSENT TO JOIN</u>**

1.      I consent to be a party plaintiff in the lawsuit against The Kroger Co. and Smith's Food & Drug Centers, Inc. d/b/a Smith's Food & Drug in order to seek redress for violations of the Fair Labor Standards Act, pursuant to <u>29 U.S.C. § 216(b)</u>.

2.      By signing and returning this consent form, I designate Conway Legal, LLC and Meizlish & Grayson (Plaintiffs' Counsel") to represent me and make decisions on my behalf concerning the litigation; the method and manner of conducting the case; the negotiation, terms and approval of any settlement; and all other matters pertaining to the lawsuit.  I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs.  I understand that the Parties have settled this matter and have agreed to a separate payment to Plaintiffs' Counsel by Kroger for attorneys' fees and reimbursement of reasonable out-of-pocket expenses.  I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.


_____          _____
Full Legal Name (please **PRINT** clearly)          Signature


_____          _____
Maiden or other Names Worked Under          Date

***All Information you provide below is for use by the lawyers in this case and will not be filed with the Court.***

_____
Street Address (with apartment number, if applicable)

_____
City, State, and Zip Code

_____           _____
Cell Phone Number                          Home Telephone Number

_____
Personal Email Address
(we will use this as our primary method to contact you)

_____           _____
Emergency Contact Name                     Emergency Contact Phone Number
(in case we lose contact with you)